UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.** _____ |
| | : | |
| | : | |
| **TARA D. JACKSON,** | : | **18 U.S.C. § 1709  (Theft of Mail Matter** |
| | : | **by Officer or Employee)** |
| | : | |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### (Theft of Mail Matter by Officer or Employee)

At all times material to this information:

1.  Between in or about June 1, 2004 until in or about July 29, 2005, defendant TARA D. JACKSON was employed by the United States Postal Service as a Mail Processing Clerk.  In this capacity defendant TARA D. JACKSON was assigned to theCurseen-Morris Processing and Distribution Center (a department of the United States Postal Service) at 900 Brentwood Road, N.E., Washington, D.C., where she handled thousands of pieces of U.S. mail per day as it passed through an Optical Character Recognition ("OCR") machine.

2.  While employed at the postal service, defendant TARA D. JACKSON developed a scheme in which she used her position as a mail processing clerk to gain access to the contents of numerous pieces of mail sent by U.S. postal service customers, enabling her to steal money orders and gift cards from the pieces of mail.  As a result of this scheme, defendant TARA D. JACKSON

obtained gift cards and money orders valued at $6,308.73.

3. U.S. Postal Inspectors were alerted to Defendant's scheme on May 27, 2005, after postal service customer T.M. filed a complaint with the U.S. Postal Inspection Service regarding the theft of a Global Express Money Order, No. 230498382, dated May 2, 2005 in the amount of $141.00 that T.M. had mailed to her landlord as rent payment. When T.M. discovered that her landlord never received the money order, she called Global Express and learned that the money order had been cashed on May 7, 2005. T.M. obtained a copy of the money order and observed the words "Henry's Auto Insurance Company" hand-written in black ink over the original "payee" section of the money order along with the name "Tara D. Jackson" and the address "3330 Ely Place S.E."

4. On June 9, 2005 and June 10, 2005, Postal Inspectors conducted a surveillance of defendant TARA D. JACKSON as she processed mail through the OCR machine and watched her rifling through numerous pieces of mail. Specifically, Inspectors observed Defendant tear open pieces of mail and manipulate them with her fingers in order to expose the contents. After examining the envelopes, defendant TARA D. JACKSON returned the rifled letters to the stream of mail being processed by the OCR machine.

5. Postal inspectors confronted defendant TARA D. JACKSON and she agreed to a post-Miranda interview. During the interview, defendant TARA D. JACKSON admitted to stealing gift cards valued at $185.00 and money orders valued at $6123.73 from pieces of mail that she handled while working on the OCR machine. Defendant TARA D JACKSON stated that she would remove these items from envelopes in the mail stream, hide them on her person, and take them out of the building later in her shift. Defendant TARA D. JACKSON told investigators that she used the money orders to pay her bills by writing her personal information on top of the original information

contained in the money orders and sending them to her creditors.  When postal inspectors showed Ms. Jackson a copy of Global Express Money Order, No. 230498382 dated May 2, 2005 (the money order originally purchased by postal customer T.M.), Defendant acknowledged that she had stolen this particular money order from the mail, altered it, and sent it as payment for her auto insurance bill.  Defendant did not spend or use the gift cards she had stolen.

      6. In total, Defendant stole and converted to her own use $6,123.73 in money orders that she had stolen from pieces of U.S. mail.  Specifically, on or between May 2, 2005 and June 10, 2005 in the District of Columbia, while working as an employee of the United States Postal Service, Defendant did steal from a piece of mail being processed through an OCR machine at the Curseen-Morris Processing and Distribution Center at 900 Brentwood Road, N.E., Washington, D.C. (a department of the United States Postal Service) a Global Express money order number 230498382, dated May 2, 2005 in the amount of $141.00, belonging to Postal Service customer T.M. and intended by T.M. to be conveyed by mail to a person other than Defendant, in violation of Title 18, United States Code, Section 1709.

**(Theft of Mail Matter by Officer or Employee in violation of
Title 18, United States Code, Section 1709 )**

Respectfully submitted,
KENNETH WAINSTEIN
United States Attorney for the District of Columbia

By:

KIM HERD
Assistant United States Attorney
DC Bar #461615
Fraud and Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-3702

Case 1:06-cr-00025-PLF    Document 3    Filed 01/31/2006    Page 4 of 4