# United States District Court
# for the District of Columbia

**FILED**

FEB 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

## WAIVER OF INDICTMENT

**TARA D. JACKSON**

CASE NUMBER:   CR   06-025 (PLF)

I,   TARA D. JACKSON   the above named defendant, who is accused of

18 USC 1709 Theft of Mail Matter by Officer or Employee - Count 1

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on   February 6, 2006   prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant   Tara D. Jackson

_____
Counsel for Defendant   Danielle Jahn, Esquire

_____
Judge Paul L. Friedman
United States District Court