UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-25 (PLF) |
| v. | : | |
| TARA D. JACKSON, | : | FILED |
| Defendant. | : | FEB 6 2006 |
| | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant, TARA D. JACKSON, and the United States agree and stipulate as follows:

Between in or about June 1, 2004 until in or about July 29, 2005, Tara D. Jackson ("Defendant" herein) was employed by the United States Postal Service as a Mail Processing Clerk. In this capacity Defendant was assigned to the Curseen-Morris Processing and Distribution Center (a department of the United States Postal Service) at 900 Brentwood Road, N.E., Washington, D.C., where she handled thousands of pieces of U.S. mail per day as it passed through an Optical Character Recognition ("OCR") machine.

While employed at the postal service, Defendant developed a scheme in which she used her position as a mail processing clerk to gain access to the contents of numerous pieces of mail sent by U.S. postal service customers, enabling her to steal money orders and gift cards from the pieces of mail. As a result of this scheme, Defendant stole gift cards and money orders valued at $6,308.73.

U.S. Postal Inspectors were alerted to Defendant's scheme on May 27, 2005, after postal service customer T.M. filed a complaint with the United States Postal Inspection Service regarding the theft of a Global Express Money Order, No. 230498382, dated May 2, 2005 in the

amount of $141.00 that she had mailed to her landlord as rent payment. When T.M. discovered that her landlord had not received the money order, she called Global Express and learned that the money order had been cashed on May 7, 2005. T.M. obtained a copy of the money order and observed that the words "Henry's Auto Insurance Company" had been hand-written in black ink on top of the original "payee" section of the money order along with the name "Tara D. Jackson" and the address "3330 Ely Place S.E."

Upon reviewing personnel records, Postal Inspectors learned that a person by the name of "Tara Denise Jackson," (Defendant herein) with an address of "3330 Ely Place, S.E., Washington, D.C." was employed by the U.S. Postal Service as a mail processing clerk at the Curseen-Morris postal facility. In her capacity as a mail processing clerk, Defendant directly handled thousands of pieces of mail per day.

On June 9, 2005, Postal Inspectors conducted a surveillance of Defendant as she processed mail through the OCR machine and observed her rifling through numerous pieces of mail. Specifically, Inspectors observed Defendant tear open pieces of mail and manipulate them with her fingers in order to expose the contents. After examining the envelopes, Defendant returned the rifled letters to the stream of mail being processed by the OCR machine.

On June 10, 2005, postal inspectors conducted surveillance of Defendant as she worked and again observed her rifling through several pieces of mail. Later that morning, Inspectors confronted Defendant and escorted her to an office where she agreed to a post-Miranda interview. When postal inspectors showed Defendant a torn greeting card, she stated, "If you're saying I stole something, you can search my purse." After obtaining written consent from Defendant, Inspectors searched her purse and found six gift cards for TGI Fridays, Barnes and Noble, Bed, Bath, and Beyond, Pier I, and Wal-Mart. One of the cards had a tag addressed to

2

"Lars" from "Granddaddy." During the course of the interview, Defendant admitted that she had stolen all six gift cards from various pieces of mail while working on the OCR machine. Specifically, Defendant admitted that she had stolen the Barnes and Noble and Pier I cards on June 9, 2005 and that their values were $30.00 and $75.00 respectively. Defendant also admitted that a few weeks prior, she had stolen two TGI Friday gift cards each valued at $10.00 and a Bed, Bath and Beyond gift card valued at $50.00 from various pieces of U.S. mail. Defendant also admitted that she had stolen the $10.00 Wal-Mart gift card a few days before. Defendant told investigators that she knew the value of the gift cards because she had called the telephone numbers on the cards. As of the date of the interview, Defendant had not spent or used these gift cards.

Defendant admitted to postal inspectors that she had rifled through pieces of mail every night that she worked for the past two months. Defendant admitted to stealing money orders from the mail and explained that she would remove these items from envelopes in the mail stream, hide them on her person, and take them out of the building later in her shift. Defendant told investigators that she used the money orders to pay her personal bills, including her cable and car insurance bill, by writing her personal information on top of the original information contained in the money orders and sending them to her creditors. When postal inspectors showed Ms. Jackson a copy of Global Express Money Order, No. 230498382 dated May 2, 2005 (the money order originally purchased by postal customer T.M.), Defendant acknowledged that she had stolen this particular money order from the mail and had altered it and sent it as payment for her auto insurance bill.

Inspectors also showed Defendant five pieces of mail which they had observed her rifle earlier that day while she was feeding mail through the OCR machine. Defendant admitted that

these were the mail pieces she had rifled while working on the machine earlier that morning and acknowledged that she did not have permission to open other people's mail.

Postal Inspectors also learned that on September 17, 2004, a customer had filed a complaint with the Postal Service claiming that a letter he mailed containing a Western Union money order in the amount of $680.00 had never arrived. The customer later retrieved a copy of the money order from Western Union and observed that it had been altered to read "3300 Ely Place, S.E., Apt. #203, Washington, D.C. 20019." Postal inspectors subsequently obtained a copy of the money order and observed that the name "Tara D. Jackson" also had been written in black ink in the payee line.

On June 16, 2005, investigators learned that another customer had contacted the Washington Post about a money order that she had sent to the District of Columbia Department of Motor Vehicles. The money order was diverted, altered, and subsequently paid to Cingular Wireless. Investigators obtained a copy of the money order and saw that it contained the name "Tara Jackson."

The investigation has revealed that Defendant provided altered money orders that she had stolen from pieces of mail as payment for her car insurance, rent, and other bills, as follows:

| Money Order No. | Issuing Entity | Date of Money Order | Payee | Amount |
|---|---|---|---|---|
| 08-140340686 | Global Express | 7/8/2004 | William C. Smith Co. | $680.00 |
| 221306779 | Global Express | 10/29/2004 | Wilson Apartments | $500.00 |
| 221306780 | Global Express | 10/29/2004 | Wilson Apartments | $395.00 |
| Partially Defaced | USPS Money Order | 1/3/2005 | Wilson Apartments | $566.00 |
| 225968843 | Global Express | 1/14/2005 | Wilson Apartments | $296.00 |

| 7691772227 | USPS Money Order | 1/15/2005 | Wilson Apartments | $300.00 |
|---|---|---|---|---|
| 08-321287946 | Western Union | 3/2/2005 | Henry's Auto Insurance | $140.00 |
| 22900490 | Global Express | 3/30/2005 | Henry's Auto Insurance | $150.00 |
| 229005842 | Global Express | 3/30/2005 | Henry's Auto Insurance | $ 47.73 |
| 238604644 | Global Express | 4/1/2005 | Wilson Apartments | $300.00 |
| 238604643 | Global Express | 4/1/2005 | Wilson Apartments | $500.00 |
| Partially Defaced | USPS Money Order | 4/8/2005 | Wilson Apartments | $525.00 |
| 53854175375 | Traveler's Express | 4/14/2005 | Henry's Auto Insurance | $180.00 |
| 230498382 | Global Express | 5/2/2005 | Henry's Auto Insurance | $141.00 |
| 461-3916-752 | Traveler's Express | 5/13/2005 | Cingular Wireless | $115.00 |
| 45902066210 | Traveler's Express | 5/19/2005 | Cingular Wireless | $37.00 |
| 8434642746 | USPS Money Order | 5/20/2005 | Wilson Apartments | $521.00 |
| 231397937 | Global Express | 6/7/2005 | Wilson Apartments | $230.00 |
| 231397936 | Global Express | 6/7/2005 | Wilson Apartments | $500.00 |

In total, Defendant stole and converted to her own use $6,123.73 in money orders. Further, as a result of Defendant's actions, several of the individuals who purchased and mailed these money orders incurred late fees and money order recovery fees in an amount totaling $89.00. These two amounts constitute the restitution that Ms. Jackson has agreed to reimburse the victims.

Specifically, on or between May 2, 2005 and June 10, 2005 in the District of Columbia, while working as an employee of the United States Postal Service, Defendant did steal from a piece of mail being processed through an OCR machine at the Curseen-Morris Processing and Distribution Center at 900 Brentwood Road, N.E., Washington, D.C. (a department of the United

5

States Postal Service) a Global Express money order number 230498382, dated May 2, 2005 in the amount of $141.00, belonging to Postal Service customer T.M. and intended by T.M. to be conveyed by mail to a person other than Defendant, in violation of Title 18, United States Code, Section 1709.

## DEFENDANT'S ACCEPTANCE

I have read every word of the six-page statement of offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this statement of offense, and declare under penalty of perjury that it is true and correct.

Date: 2/6/06

_____
TARA JACKSON
Defendant


I have read each of the six pages constituting this statement of offense and have reviewed and discussed them with my client. I concur with her decision to stipulate to this statement of offense.

Date: 2/6/06

_____
DANIELLE JAHN
Attorney for Tara Jackson, Defendant