U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

FEB 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v.

TARA D. JACKSON

Case No. 06-25

*To By Released on PR*

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ~~2nd~~ 6th day of February 2006 ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on February 6, 2006 by Agent Armando Garcia w/ US Postal Inspection to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to District Court _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

*Released on Bond*

Judge (~~U.S. Magistrate~~) Paul L. Friedman