HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-00025</u> |
| --- | --- | --- |
| vs. | : | SSN: |
| Jackson, Tara | : | Disclosure Date: <u>March 23, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                                               Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Tara Jackson_  3/30/2006         _[signature]_  3/31/06
Defendant                     Date           Defense Counsel           Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 6, 2006</u>, to U.S. Probation Officer <u>Monica Johnson</u>, telephone number <u>(202) 565-1332</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
        United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

March 31, 2006

Monica Johnson
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

                        Re:    United States v. Tara D. Jackson
                                Criminal No.: 06-025 (PLF)

Dear Ms. Johnson:

      Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated March 23, 2006.

## Objections and Comments

      1.    Ms. Jackson objects to Paragraph 28 on Page 8 of the Presentence Report because it was not apart of the plea agreement. Neither party agreed to seek any adjustments or increases to the guidelines as stated in the plea agreement. In light of that objection, Ms. Jackson also objects to Paragraph 33 on Page 8 of the Presentence Report whereby a total offense level of 8 has been calculated, rather than a total offense level of 6 that was agreed upon by the parties. It should be noted, however, that Ms. Jackson's sentencing guideline range remains the same notwithstanding this objection, i.e. Zone A with a range of 0 to 6 months as stated in Paragraph 82 on Page 17 of the Presentence Report.

      2.    Ms. Jackson requests that Paragraph 54 on Page 12-13 of the Presentence Report be modified to reflect that she is now divorced from Mr. Moore.

      Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

*Dani Jahn*

Dani Jahn
Assistant Federal Public Defender

cc: Kim Herd, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530