**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Cr. No. 06-025 (PLF)** |
| | : | |
| **TARA D. JACKSON,** | : | |
| | : | |
| **Defendant** | : | |

_____

**MOTION TO MODIFY RESTITUTION PURSUANT TO 18 U.S.C. § 3664(k)**

     The defendant, Ms. Tara Jackson, through undersigned counsel, hereby moves this Honorable Court to modify the restitution requirement of her supervision in accordance with 18 U.S.C. § 3664(k).  As grounds for this motion, Ms. Jackson represents that she is currently unemployed and therefore unable to make the scheduled restitution payments as ordered by this Court.

     On May 15, 2006 this Court ordered Ms. Jackson to pay restitution in the amount of $1,755.00 at a rate of $50.00 per month.  Due to her current unemployment status, Ms. Jackson is unable to pay $50.00 a month towards her restitution amount.  However, as soon as Ms. Jackson obtains new employment she will immediately notify the United States Probation Office and will make every effort to begin repaying her restitution amount.  This request is made only with regard to the specified amount of restitution to be made each month.  Accordingly, Ms. Jackson requests that the Court sign the attached Order vacating the $50.00 a month payment schedule.

Respectfully submitted,


/s/

_____

Danielle C. Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500