UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 06-025 (PLF) |
| | : | |
| **TARA D. JACKSON,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Upon consideration of defendant's Motion to Modify Restitution, it is hereby

ORDERED that the defendant's motion is GRANTED.

It is further ORDERED that the monthly restitution payment of $50.00 is vacated until the defendant's employment status changes.

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C.  20004

Kim Herd
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530