UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Cr. No. 06-025 (PLF)
:
TARA D. JACKSON, :
:
Defendant :

**FILED**

AUG 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER  _un• prost )_

Upon consideration of defendant's Motion to Modify Restitution, it is hereby

ORDERED that the defendant's motion is GRANTED.

It is further ORDERED that the monthly restitution payment of $50.00 is vacated until the defendant's employment status changes.

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

August 29, 2006

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C. 20004

Kim Herd
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530