FILED

DEC 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

U.S.A. vs. **Tara Jackson**  Docket No.: **CR 06-025**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of probation with voluntary appearance of **Tara Jackson** on  December 22, 2006

before Magistrate Judge Facciola — 9:30 a.m. Courtroom 6

### ORDER OF COURT

Considered and ordered this ___15th___ day of ___December___, 2006.

_____
Paul L. Friedman
United States District Judge