# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>TARA D. JACKSON<br><br>DOB:            PDID# | DOCKET NO: CR 06-025 | MAGIS. NO: 05-476 |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>TARA D. JACKSON | |

| WARRANT ISSUED ON THE BASIS OF:<br>☒ Order of Court    ☐ Information<br>☐ Indictment         ☐ Complaint | DISTRICT OF ARREST | |
|---|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | FILED<br>JAN 0 9 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

THEFT OF MAIL MATTER BY OFFICER OR EMPLOYEE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 USC 1709 |
|---|---|

| BAIL FIXED BY COURT:<br>NO BOND | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAG. JUDGE DEBORAH A. ROBINSON | JUDGE/MAGISTRATE JUDGE<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>1/3/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE:<br>1/5/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>1-5-07 | NAME AND TITLE OF ARRESTING OFFICER<br>REPORTING<br>DAVID BALDWIN, SDUSM | SIGNATURE OF ARRESTING OFFICER<br>REPORTING<br>David Baldwin |
|---|---|---|
| DATE EXECUTED<br>1-9-07 | | |