UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-025-PLF** |
| | : | |
| v. | : | |
| | : | |
| **TARA JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice to the Court that the above matter is now assigned to Assistant United States Attorney Angela S. George, Angela.George@usdoj.gov, at telephone number (202) 514-7315. Angela S. George is substituting for Neil James Gallagher, Jr., who is no longer employed at the United States Attorney's Office.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
ANGELA S.GEORGE
Assistant United States Attorney
Federal Major Crimes Section
Bar No. D.C. 470-567
555 4th Street, N.W., Room 4444
Washington, D.C. 20530
(202) 514-7315
Angela George@usdoj.gov