UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Tara Jackson**                                        Docket No.: **CR 06-025**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that the alleged additional violations of the conditions of probation be addressed at the hearing scheduled for May 21, 2007.

*[handwritten: L before Magistrate Judge Kay]*

### ORDER OF COURT

Considered and ordered this ___24th___ day of ___April___, 2007.

_____
Paul L. Friedman
United States District Judge