FILED

MAY 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## THE DISTRICT OF COLUMBIA

U.S.A. vs. **Tara Jackson**                                      Docket No.: **CR 06-025**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that the alleged additional violations of the conditions of probation be addressed at the hearing scheduled for May 21, 2007.

### ORDER OF COURT

Considered and ordered this _____15th_____ day of _____May_____, 2007.

_____
Paul L. Friedman
United States District Judge