PROB 12A-DC
(Rev. 03/07)

# UNITED STATES DISTRICT COURT **FILED**
## FOR THE
## THE DISTRICT OF COLUMBIA    JUN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Tara Jackson**                    Docket No. CR **06-025**

## REQUEST FOR COURSE OF ACTION
### (Additional Alleged Violation of Probation)

COMES NOW **Danny M. Thomas**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tara Jackson**, who was placed on probation by the Honorable **Paul L. Friedman**, United States District Judge, sitting in the Court at Washington, D.C., on the **12th** day of **May**, 20 **06**, who fixed the period of probation at **5** years, and imposed the general terms and conditions of probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1.    **Pay a $100 special assessment.**

2.    **Serve four months home confinement, commencing July 1, 2006.**

3.    **Pay $1,755 restitution at a rate of $50 per month.**

4.    **Not incur new credit.**

5.    **Submit her income taxes to the probation office.**

6.    **Participate in mental health counseling.**

7.    **Participate in substance abuse counseling and testing, which may include inpatient drug treatment.**

On May 12, 2006, the above referenced individual appeared before Your Honor, having pled guilty to Theft of Mail Matter by Officer or Employee, in violation 18 U.S.C. § 1709. Ms. Jackson was sentenced to five years probation. Supervision is scheduled to expire on May 11, 2011.

On August 29, 2006, Your Honor ordered that Ms. Jackson's monthly restitution payment of $50 be vacated until her employment status changes.

JACKSON, Tara
Docket No: CR06-025
Page: 2

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
### Statement of Additional Alleged Violation of Probation

11. **Ms. Jackson is in violation of the standard condition of probation that states that she not commit another federal, state or local crime.**

Respectfully submitted,

Danny M. Thomas, Senior
United States Probation Officer
Telephone: (202) 565-1374

**APPROVED BY:**

Ervin D. Bell, Supervising
United States Probation Officer

**FILED**

## UNITED STATES DISTRICT COURT
### FOR THE
### THE DISTRICT OF COLUMBIA

JUN **1 1** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Tara Jackson**                    Docket No.: **CR 06-025**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that the alleged additional violation of the conditions of probation be addressed at the next hearing.

### ORDER OF COURT

Considered and ordered this _____ day of _____, 2007.

_____
Paul L. Friedman
United States District Judge