PROB 12A-DC
(Rev. 03/07)

## UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Tara Jackson**                                   Docket No. CR **06-025**

### REQUEST FOR COURSE OF ACTION
(Additional Alleged Violation of Probation)

COMES NOW **Danny M. Thomas**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tara Jackson**, who was placed on probation by the Honorable **Paul L. Friedman**, United States District Judge, sitting in the Court at Washington, D.C., on the **12th** day of **May**, 20**06**, who fixed the period of probation at **5** years, and imposed the general terms and conditions of probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. **Pay a $100 special assessment.**

2. **Serve four months home confinement, commencing July 1, 2006.**

3. **Pay $1,755 restitution at a rate of $50 per month.**

4. **Not incur new credit.**

5. **Submit her income taxes to the probation office.**

6. **Participate in mental health counseling.**

7. **Participate in substance abuse counseling and testing, which may include inpatient drug treatment.**

On May 12, 2006, the above referenced individual appeared before Your Honor, having pled guilty to Theft of Mail Matter by Officer or Employee, in violation 18 U.S.C. § 1709. Ms. Jackson was sentenced to five years probation. Supervision is scheduled to expire on May 11, 2011.

On August 29, 2006, Your Honor ordered that Ms. Jackson's monthly restitution payment of $50 be vacated until her employment status changes.

JACKSON, Tara
Docket No: CR06-025
Page: 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

<u>Statement of Additional Alleged Violation of Probation</u>

11. Ms. Jackson is in violation of the standard condition of probation that states that she not commit another federal, state or local crime.

Respectfully submitted,

Danny M. Thomas, Senior
United States Probation Officer
Telephone: (202) 565-1374

**APPROVED BY:** _____
Ervin D. Bell, Supervising
United States Probation Officer

**FILED**

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

JUN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Tara Jackson**                          Docket No.: **CR 06-025**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that the alleged additional violation of the conditions of probation be addressed at the next hearing.

### ORDER OF COURT

Considered and ordered this ___8th___ day of ___June___, 2007.

_____
Paul L. Friedman
United States District Judge