# ATTACHMENT 1

# Superior Court of the District of Columbia

## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW No.: 07 CRW 1730

| DEFENDANT'S NAME: JACKSON, TARA DENISE | CCR: 07-061374 | PDID: 419-903 |
|---|---|---|

| SEX | RACE | D.O.B. | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION |
|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|

COMPLAINANT'S NAME:

| LOCATION OF OFFENSE: 604 12TH ST NE | DATE OF OFFENSE: 05/11/2007 | TIME OF OFFENSE: 08:30 |
|---|---|---|

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

The complainant reported to members of the Metropolitan Police Department that the defendant threatens her life.

Your affiant interviewed the complainant by phone. The complainant gave the following information to your affiant about the threat. The complainant said the defendant is dating her ex-boyfriend. The complainant said the defendant called her residence before a couple of weeks prior to this incident and they had a brief conversation about there relationship with the ex-boyfriend. The complainant said on the day of this incident the defendant called her residence numerous times, however she was not home to answer the phone. The defendant said in one of her messages to the complainant "I do not know why your not answering your phone, why are you calling my man, I m gonna fuck you up when I see you." The complainant said the call came from her ex-boyfriends cellular phone. The complainant called her ex-boyfriend and played the message left on her phone. The ex-boyfriend informed the complainant that the voice on the message is his current girlfriend the defendant "Tara D Jackson" He also told the complainant that he was unaware that the defendant had his phone. He told the complainant that he would speak to the defendant about the incident and that she would not call her anymore.

Your affiant interviewed the ex-boyfriend and the defendant both on May 21, 2007 at approximately 11:30 am. He explained the same to your affiant in regards to the defendant making the call from his phone and the threatening messages she left. He had nothing to do with it and was upset with the defendant when he found out what she done. The defendant admitted to your affiant that she did call the complainants phone only when the complainant refused to stop calling her boyfriend after she asked her not to. The defendant said she got frustrated when the complainant refused to answer her phone. She left the message out of anger but she would not harm the complainant.

The complainant said the defendant did call her a couple of weeks ago and they spoke briefly. She also said that she would be able to identify the defendant voice if she heard it again. The defendant left a total of (6) message on her answering services. Based on the above facts and circumstances your affiant believes probable cause in this case exist. Your affiant respectfully requests the issuances of an arrest warrant for the defendant.

**TO: WARRANT CLERK**
PLEASE ISSUE A WARRANT FOR:
JACKSON, TARA DENISE

Charge With: Attempt Threats (DV)

_K^n A^t_ 5/25/07

ASSISTANT UNITED STATES ATTORNEY

AFFIANT'S SIGNATURE: X _[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME THIS 25th DAY OF May 20 07

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT

Page 1 of 1 pages