PROB 12A-DC
(Rev. 3/07)

**FILED**
OCT 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Tara Jackson**               Docket No.: **CR 06-025**

### REQUEST FOR COURSE OF ACTION
(Additional Alleged Violations of Probation)

COMES NOW **Danny M. Thomas**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tara Jackson**, who was placed on Probation by the Honorable **Paul L. Friedman**, United States District Judge, sitting in the Court at Washington, D.C. on the **12th** day of **May**, **2006**, who fixed the period of Probation at **5** years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1) Serve four months home confinement, commencing July 1, 2006.

2) Pay a $100.00 special assessment.

3) Pay $1,755 restitution at a rate of $50 per month.

4) Not incur new credit.

5) Submit her income taxes to the probation office.

6) Participate in mental health counseling.

7) Participate in substance counseling and testing, which may include inpatient drug treatment.

On May 12, 2006, Ms. Jackson appeared before the Your Honor, having pled guilty to Theft of Mail by Officer or Employee in violation of1 18 U.S.C. § 1709. Ms. Jackson was sentenced to five years probation. Supervision is scheduled to expire on May 11, 2006.

On August 29, 2006, Your Honor ordered that Ms. Jackson's monthly restitution payments of $50 be vacated unit her employment status changes.

JACKSON, Tara
Docket Number: CR 1:06-025
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

<u>Statement of Alleged Violations of Probation</u>

12. Ms. Jackson is in violation of the special condition of probation that states that she participate in substance abuse counseling and testing. (Special Condition)

13. Ms. Jackson is in violation of the standard condition of probation that states that she will not use illicit drugs. (Standard Condition)

14. Ms. Jackson is in violation of the standard condition of probation that states that she not commit another federal, state or local crime. On October 7 2007, Ms. Jackson was arrested by the Metropolitan Police Department for Theft. ( Standard Condition)

15. Ms. Jackson is in violation of the special condition of probation that states that she participate in substance abuse counseling and testing. (Special Condition)

Respectfully submitted,

Danny M. Thomas, Senior
United States Probation Officer
(202) 565-1374


**APPROVED BY**: 
Ervin D. Bell, Supervising
United States Probation Officer

JACKSON, Tara
Docket Number: CR 1:06-025
Page 3

Praying the Court will order the inclusion of the additional violations at any forthcoming hearing on violation. Should Your Honor concur, the detached order has been prepared.

_____
Honorable Paul L. Friedman
United States District Judge

_____10/15/07_____
Date

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

**FILED**

OCT 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs <u>**Tara Jackson**</u>                                             Docket No.: <u>**CR 06-025**</u>

## REQUEST FOR COURSE OF ACTION

Praying the Court will order the inclusion of the additional violations at any forthcoming hearing on violation.

## ORDER OF COURT

Considered and ordered this _____15th_____ day of _____October_____, 2007.

_____
**Honorable Paul L. Friedman
United States District Judge**

_____10/15/07_____
**Date**