UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
)
vs. )   Criminal No. 06-25 (PLF)
)
TARA D. JACKSON )
Defendant. )
)

## ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house ___TARA D. JACKSON___ at Central Treatment Facility until further Order of this Court.

October 31, 2007
Date

Paul L. Friedman
Judge Paul L. Friedman
United States District Court