A 245 D (Rev. DC 02/06) Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

UNITED STATES OF AMERICA

v.

TARA D. JACKSON

Case Number    CR 06-025 (PLF)

FILED
NOV - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation
(For Offenses Committed On or After November 1, 1987)

The defendant, Tara D. Jackson, was represented by Danielle C. Jahn

It appearing that the defendant, who was sentenced on May 15, 2006 in the above styled cause and was placed on Probation, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 31st day of October 2007 that the Probation Supervision of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

Six (6) months. No term of supervised release to follow. The defendant shall be incarcerated at the Central Treatment Facility (CTF) and shall participate in substance abuse treatment and counseling while there.

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 1st day of November 2007

_____
U. S. DISTRICT JUDGE